ROBERT L. ESENSTEN (Bar No. 65728)
resensten@esenstenlaw.com
JORDAN S. ESENSTEN (Bar No. 264645)
jesensten@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Plaintiffs CRYSTAL WATERS and TONY VALENTI, on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL WATERS, an individual, and TONY VALENTI, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a corporation; and DOES 1-100,<br><br>Defendants. | CASE NO. 2:18-cv-00328-ODW-AFM<br><br>**PUTATIVE CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Date: February 26, 2018<br>Time: 1:30 p.m.<br>Crtrm: 5D<br>Judge: Hon. Otis D. Wright II<br><br>Complaint Filed: February 15, 2017<br>First Removal: March 27, 2017<br>Remand: June 28, 2017<br>Ninth Cir. Aff'd: September 13, 2017<br>Second Removal: January 12, 2018<br>FSC: TBD<br>Trial Date: TBD |

**TO THE COURT AND ALL PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 26, 2018, at 1:30 p.m., or as soon thereafter as the parties may be heard, before the Honorable Otis D. Wright, II, United States District Court Judge, in Courtroom 5D, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiffs CRYSTAL WATERS and TONY VALENTI ("Plaintiffs"), on behalf of themselves and all others similarly situated, will and hereby do move for an order to remand this action back to Los Angeles Superior Court. Plaintiffs additionally seek an order, pursuant to 28 U.S.C. § 1447(c), requiring Defendant Kohl's Department Stores, Inc.'s ("Kohl's") to pay Plaintiffs the litigation costs and attorneys' fees they incurred as a result of an improper removal. Plaintiffs' Motion is made pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, 28 U.S.C. § 1447, and 28 U.S.C. § 1332.

Good cause exists to grant the motion because Kohl's Second Notice of Removal is improper for three reasons. First, the Second Notice of Removal is an improper successive removal because it merely attempts to correct the deficiencies of Kohl's first notice of removal, which this Court found failed to submit evidence supporting its assertion that the amount in controversy exceeds the Class Action Fairness Act's $5 million threshold. Second, the Second Notice of Removal is untimely under 28 U.S.C. § 1446(b)(1). Third, Kohl's has waived the right to remand by, among other things, seeking affirmative relief in the state court proceedings.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities (both the redacted and unredacted versions), the Declaration of Jordan S. Esensten and the attached exhibits and documents, the Proposed Order, the Second Notice of Removal filed by Kohl's, including all supporting documents, all pleadings and papers on file in this action, all pleadings and papers filed in the original federal action when Kohl's unsuccessfully moved

1 this case, all pleadings and papers filed in the underlying state court action, and any
2 oral argument or documentary matters as may be presented to the Court at or before
3 the hearing on this Motion.
4     This Motion is made following the conference of counsel pursuant to Central
5 District Local Rule 7-3, which took place from January 22, 2018 to January 29,
6 2018. (Esensten Decl. ¶ 20, Ex. 13.)

DATED: January 29, 2018     **Respectfully Submitted,**

    **ESENSTEN LAW**

By:    /s/ Jordan S. Esensten
      JORDAN S. ESENSTEN
Attorneys for Plaintiffs Crystal Waters and Tony Valenti, on behalf of themselves and all others similarly situated

ESENSTEN LAW
12100 WILSHIRE BLVD.
SUITE 1660
LOS ANGELES, CA 90025

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, I electronically filed the foregoing **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND,** along with all accompanying documents, including the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND (REDACTED)**, the **DECLARATION OF JORDAN S. ESENSTEN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**, and the **PROPOSED ORDER**, with the Clerk of the Court by using the CM/ECF System.

 */s/ Jordan S. Esensten*
Jordan S. Esensten